LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JED ALEXANDER** and **JOHN STEWART,** Individually and On Behalf of All Others Similarly Situated<br><br>Plaintiff(s)<br><br>vs.<br><br>**CREDIT PROTECTION ASSOCIATION I, INC.,**<br><br>Defendant. | Case No. 2:13-cv-09495-AB-JEM<br><br>**NOTICE OF SETTLEMENT** |

NOW COME THE PLAINTIFFS by and through their attorney to respectfully notify this Honorable Court that this case has settled. Plaintiffs request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation for Dismissal will be forthcoming.

Respectfully submitted this 22nd day of January, 2015.
By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 22nd day of January, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Andre Birotte, Jr
United States District Court
Central District of California

Aji N Abiedu
Hinshaw and Culbertson LLP

Gary E Devlin
Hinshaw and Culbertson LLP

This 22nd day of January, 2015.

s/Todd M. Friedman
Todd M. Friedman